UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:14-CV-1104-MMH-MCR

FRANK W. JENKINS,

    Plaintiff,

v.

WINN-DIXIE STORES, INC.

    Defendant.

_____/

## WINN-DIXIE'S MOTION TO COMPEL RECORDS CUSTODIANS' DEPOSITIONS DUCES TECUM

Defendant, Winn-Dixie Stores, Inc. ("Winn-Dixie"), moves to compel the records custodians of Dr. Carlos Palacio, Dr. Benjamin C. Olliff and Dr. Richard H. Lewis to attend depositions duces tecum.

### I.    Introduction

Winn-Dixie served subpoenas duces tecum on Plaintiff's physicians requesting that they produce medical records related to Plaintiff and produce a records custodian for deposition on September 30, 2015. The records custodians of Dr. Carlos Palacio, Dr. Benjamin C. Olliff and Dr. Richard H. Lewis did not appear for their depositions, produce documents or contact Winn-Dixie's counsel to request to be excused from their depositions. Accordingly, Winn-Dixie requests that the Court enter an Order compelling them to appear for deposition duces tecum.

### II.    Facts

Plaintiff has filed a two-count Complaint against Winn-Dixie under the Family Medical Leave Act, 29 U.S.C. § 2601 *et seq.*("FMLA"), and the Florida Civil Rights Act of 1992, Fla.

Stat. § 760.01 *et seq.* ("FCRA"), alleging that Winn-Dixie interfered with Plaintiff's FMLA rights and discriminated against Plaintiff based on his alleged disability when it terminated his employment in June of 2012. [D.E. 2]

Winn-Dixie issued subpoenas for deposition duces tecum to the records custodians of Dr. Carlos Palacio, Dr. Benjamin C. Olliff and Dr. Richard H. Lewis requesting that they attend a deposition and produce medical records for Plaintiff on September 30, 2015.  All three non-parties were served with the subpoenas on September 25, 2015. (Palacio Subpoena is attached as Exhibit A, Olliff Subpoena is attached as Exhibit B and Lewis Subpoena is attached as Exhibit C)  Counsel for Winn-Dixie and Plaintiff attended the scheduled depositions duces tecum. However, the records custodians for Dr. Carlos Palacio's, Dr. Benjamin C. Olliff's and Dr. Richard H. Lewis' records did not attend, produce medical records or request to be excused from the depositions.  Accordingly, Winn-Dixie requests that the Court enter an Order compelling these records custodians to attend re-noticed depositions duces tecum.

### III.  Discussion

Federal Rule of Civil Procedure 30(a)(1) permits a party to depose any person without leave of court.  The deponent's attendance may be compelled by subpoena under Rule 45.  Rules 37 and 45(g) permit the Court to enter an order compelling discovery or holding the person who fails to obey a subpoena in contempt, respectively.  Fed. R. Civ. P. 37(a) and 45(g). Accordingly, Winn-Dixie requests that the Court enter an order compelling the records custodians of Dr. Carlos Palacio, Dr. Benjamin C. Olliff and Dr. Richard H. Lewis to attend depositions duces tecum.

## IV.     Conclusion

Based on the foregoing, Winn-Dixie respectfully requests that the Court grant its Motion to Compel.

>Respectfully submitted,
>
>CLARKE SILVERGLATE, P.A.
>*Counsel for Winn-Dixie Stores, Inc.*
>799 Brickell Plaza, Suite 900
>Miami, Florida 33131
>Telephone:     (305) 377-0700
>Facsimile:       (305) 377-7001
>
>By:     /s/Dana T. Chang
>          Spencer H. Silverglate
>          Florida Bar No. 769223
>          ssilverglate@cspalaw.com
>          Dana T. Chang
>          Florida Bar No. 90960
>          dchang@cspalaw.com

CASE NO. 3:14-CV-1104-MMH-MCR

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2015, a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record listed below.

Archibald J. Thomas, III, Esq.
ARCHIBALD J. THOMAS, III, P.A.
Quadrant I, Suite 255
4651 Salisbury Road
Jacksonville, Florida 32256
Telephone: (904) 674-2222
Facsimile: (904) 296-2341
archibald@job-rights.com
*Attorney for Plaintiff*

CLARKE SILVERGLATE, P.A.

By:   /s/Dana T. Chang
         Dana T. Chang

6-102/409124